JKB/651556                                                                          8260-1-51

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SASKATCHEWAN MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Petitioner, | ) ) | No. 15-cv-04921 |
| v. | ) ) | Judge John Z. Lee |
| CE DESIGN, LTD., individually and on behalf of a certified class, as assignees, | ) ) ) ) | |
| Respondent. | ) ) | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY** given that Petitioner SASKATCHEWAN MUTUAL INSURANCE COMPANY appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered by the District Court on October 6, 2015 dismissing this case for lack of jurisdiction.

        SASKATCHEWAN MUTUAL INSURANCE COMPANY

        By:   /s/ James K. Borcia
                One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000